No. 25-2888

# In the United States Court of Appeals for the Third Circuit

---

AMY WAX,

*Appellant*,

v.

THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,

*Appellee*,

---

On Appeal from the United States District Court for the Eastern District of Pennsylvania
(The Honorable Timothy J. Savage)
(No. 2:25-CV-00269)

---

### APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

---

Susan L. Greene
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
5360 Genesee Street Suite 203
Buffalo, NY 14026
Tel. (716) 647-6103

Kellen S. Dwyer
Jason B. Torchinsky
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW Suite 643
Washington, D.C. 20037
Tel. (202) 737-8808

Appellant Amy Wax respectfully moves for a 30-day extension, to and including December 16, 2025, of the time in which to file her opening brief and joint appendix. Counsel for Professor Wax has notified Appellee-Trustees of the University of Pennsylvania about this motion. Appellee consents to the motion.

1. Federal Rule of Appellate Procedure 26(b) and Local Rule 31.4 provide that a party may receive an extension of time for "good cause."

2. Appellant's opening brief and joint appendix are currently due on December 16, 2025. Appellant moves for a 30-day extension of time to file her opening brief and joint appendix, which would make the opening brief and joint appendix due on January 15, 2026.

3. Counsel for Appellant has conferred with counsel for Appellee, who has represented that Appellee consents to this request.

4. Reasoned justification exists for Appellant's request for an extension of time. Counsel for Appellant has numerous other briefs with proximate due dates, including a brief in the United States Court of Appeals for the Second Circuit in *American Future Fund, Inc. v. New York State Board of Elections, et al.*, No. 25-2781 (to be filed on December 19, 2025), which is an expedited appeal; two briefs in the United States District Court for the Western District of Washington in *Jan v. People Media Project, et al.*, No. 3:24-sv-05553 (to be filed on December 22); a brief in the United States Court of Appeals for the Fourth Circuit in *Parizer v. NSJP*,

No. 25-2366 (to be filed on December 23); and mediation on December 17 and 18 in another matter. In addition, some counsel for Appellant will be observing Hanukkah from December 14-22 while others will be preparing for the celebration of Christmas. Additional time will be needed to allow counsel to coordinate and prepare a brief and appendix during that time. Accordingly, Appellant respectfully requests an additional 30 days in which to prepare its opening brief and joint appendix.

5. This is Appellant's first request for an extension of time in this Court and is not made for delay. No party will be prejudiced if it is granted.

December 1, 2025                                     Respectfully submitted,

                                                     /s/ *Kellen Dwyer*
                                                     Kellen S. Dwyer
                                                     HOLTZMAN VOGEL BARAN
                                                      TORCHINSKY & JOSEFIAK PLLC
                                                     2300 N Street NW Suite 643
                                                     Washington, D.C. 20037
                                                     Tel. (202) 737-8808

## CERTIFICATE OF BAR MEMBERSHIP

  I, Kellen Dwyer, counsel for Appellant Amy Wax, hereby certify, pursuant to Local Rules 28.3(d) and 46.1(e), that I am a member in good standing of the Bar of the United States Court of Appeals for the Third Circuit.

December 1, 2025

*/s/ Kellen Dwyer*
Kellen Dwyer

# CERTIFICATE OF COMPLIANCE WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Kellen Dwyer, counsel for Appellant, certify, pursuant to Federal Rule of Appellate Procedure 27(d) and Local Rule 32.1, that the foregoing motion is proportionately spaced, has a Roman-style typeface of 14 points or more, and contains 336 words.

December 1, 2025

*/s/ Kellen Dwyer*
Kellen Dwyer

## CERTIFICATE OF SERVICE

I, Kellen Dwyer, counsel for Appellant Amy Wax, and a member of the Bar of this Court, hereby certify that, on December 1, 2025, an electronic copy of this motion was filed with the Clerk of Court using the CM/ECF System. I further certify that all parties required to be served have been served.

December 1, 2025

*/s/ Kellen Dwyer*
Kellen Dwyer