**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 25-2888

Amy Wax vs. The Trustees of the University of Pennsylvania

Calendar Date 11/16/2026 Location Philadelphia

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: John C. Eastman

Designation of Arguing Counsel: John C. Eastman

Member of the Bar: ☑ Yes ☐ No

Representing (check only one):

☑ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☐ Appellee(s) ☐ Amicus Curiae

Please list the name of the lead party being represented:

Amy Wax

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)